

TO: Whom iT may Concern    6-8-2026

I Edna Moore is writing This LetTer on behalf of Keean vontreel Moore JR. my Grandson I watched Keean grow up From a Baby To a young man. he had Some hard Times growing up Because he Lost his mother at a Very young age. he had support From the Family his Father me his Grandmother. he went to School as a young he became a father. he supported his Children by working Jobs. Keean and his Children mother open Their own Business he work and they work Together To Take Care of The Children. he Love his Children. So Keean is not a Bad young man but he made Choices as we will do. So I'm Praying That you all will have So mercy for him and the will be able To come back home To his Childres and move on With his Life. I Love my Grandson and pray That I Live To See him Come home. From his GrandMother Edna Moore.

IMG_2472.jpeg

Case: 3:25-cr-00063-wmc     Document #: 447-1     Filed: 06/11/26     Page 2 of 2