To Whom It May Concern,

My name is Jenniffer Peña, and I am the director of Mia's Daycare. I am writing this letter as a reference for Mr. Keean V. Moore Jr., whose daughters attend our daycare.

During the time that I have known Mr. Moore, he has always shown a positive attitude and has demonstrated responsibility and care as a father. He has been respectful, attentive to his children's needs, and cooperative with our daycare staff.

It has been a pleasure working with him and his family, and I can confidently say that he has consistently shown good character and dedication as a parent.

If you have any questions or need additional information, please feel free to contact me.

Sincerely,

Jenniffer Peña
Director
Mia's Daycare